UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Dawn Haywood,<br><br>                        Petitioner,<br><br>v.<br><br>San Diego County, CA Sheriff,<br><br>                        Respondent. | Case No. 20-cv-01654-LAB-WVG<br><br>**ORDER:**<br><br>**1) VACATING ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* [Dkt. 2], AND**<br><br>**2) DIRECTING PLAINTIFF TO PAY FILING FEE OR SHOW CAUSE** |

Petitioner Erica Dawn Haywood is proceeding *in forma pauperis* pursuant to the Court's August 26, 2020 Order. Her case was subsequently transferred to the undersigned District Judge, after which the Court directed her to show cause why the matter shouldn't be dismissed without prejudice. (Dkt. 7.) Since that Order, the Court learned that Haywood has had at least eight prior prisoner civil actions or appeals dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See Haywood v. San Diego County Sheriff*, Case No. 20-cv-2279-LAB-DEB, Dkt. 3 (S.D. Cal. Dec. 1, 2020) (listing cases).

/ / /

Under 28 U.S.C. § 1915(g), a prisoner may not proceed *in forma pauperis* with three or more such "strikes" unless the prisoner "is under imminent danger of serious physical injury." This exception is designed to address "genuine emergencies" posing a "real and proximate" threat. *Lewis v. Sullivan*, 279 F.3d 526, 531 (7th Cir. 2002). The Petition's allegations—unsanitary conditions, generalized COVID-19 concerns, non-sexual interactions with individuals allegedly infected with sexually transmitted diseases, and health care failures resulting in hypertension and "serious issues adjusting"—don't establish a genuine emergency.

Accordingly, the August 26, 2020 Order Granting Leave to Proceed *in Forma Pauperis* is **VACATED.** This case will be dismissed unless Haywood, on or before **January 8, 2021** and in addition to complying with the November 25, 2020 Order to Show Cause, either: 1) pays the $5.00 filing fee; or 2) **SHOWS CAUSE** why she should be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated: December 7, 2020

Hon. Larry Alan Burns
Chief United States District Judge